# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELSIE KNUTSEN, FREDERICK J. KNUTSEN, JR., LORI L. DAVIDSON, KRISTI R. FODE, and FREDERICK J. KNUTSEN, JR., as Personal Representative of the Estate of FREDERICK J. KNUTSEN, Deceased,<br><br>        Plaintiffs,<br><br>    vs.<br><br>PR DHALIWAL TRUCKING, LTD., a British Columbia corporation, et al.,<br><br>        Defendants. | 3:11-cv-0204-LRH (RAM)<br><br>**MINUTES OF THE COURT**<br><br>June 3, 2011 |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>         REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):   <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Defendants have filed a Motion to Strike Paragraph 8 of Plaintiffs' Complaint (Doc. #6). Plaintiffs have responded with a Non-Opposition (Doc. #8).

     Defendants' Motion to Strike Paragraph 8 of Plaintiffs' Complaint (Doc. #6) is **<u>GRANTED</u>**.

    **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK
                                        By:   <u>    /s/    </u>
                                               Deputy Clerk