# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ELSIE KNUTSEN; FREDERICK J. KNUTSEN, JR; LORI L. DAVIDSON; KRISTI R. FODE; and FREDERICK J. KNUTSEN JR. as Personal Representative of the Estate of FREDERICK J. KNUTSEN, Deceased,<br><br>     Plaintiffs,<br><br>vs.<br><br>PR DHALIWAL TRUCKING LTD, a British Columbia Corporation; DEAN JOHN THOMAS LENNON; BLACK and WHITE COMPANIES I-X, inclusive; ABC CORPORATIONS I-X, inclusive; and JOHN DOES I-X, inclusive,<br><br>     Defendants. | Case No.: 3:11-cv-00204-LRH-WGC |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiffs, ELSIE KNUTSEN, FREDERICK J. KNUTSEN, JR; LORI L. DAVIDSON, KRISTI R. FODE, and FREDERICK J. KNUTSEN JR., as Personal Representative of the Estate of FREDERICK J. KNUTSEN, Deceased, and Defendants, PR DHALIWAL TRUCKING LTD and DEAN JOHN THOMAS LENNON, by and through their respective counsels of record, and hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that this matter be dismissed with prejudice as to all parties and claims, each party to bear their own costs and attorneys' fees related to the same.

DATED this 8 day of June, 2012.

BRADLEY, DRENDEL & JEANNEY

*/s/ Bill Bradley*

BILL BRADLEY, ESQ.
Nevada Bar No.: 001365
Post Office Box 1987
Reno, Nevada 89501
Attorneys for Plaintiffs

DATED this 22nd day of August, 2012.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

*/s/ Nathan R. Reinmiller*

NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. MANSANAS, ESQ.
Nevada Bar No.: 010669
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Attorneys for Defendants

## ORDER

It is hereby ORDERED that this matter be dismissed with prejudice as to all parties and claims, each party to bear their own costs and attorneys' fees related to the same.

DATED this 7th day of September, 2012.

*/s/ Larry R. Hicks*

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE